IN THE CIRCUIT COURT, FOURTH
                                                JUDICIAL CIRCUIT, IN AND FOR
                                                DUVAL COUNTY, FLORIDA

**KIMBERLY WILLIAMS,**                          CASE NO.:
                                                  DIVISION:
      Plaintiff,

v.

**FAST CARGO LOGISTICS, INC.,** a
Florida corporation, and
**ALEKSANDR SEMCHUK,**

      Defendants.
_____ /

## AMENDED COMPLAINT

Plaintiff, KIMBERLY WILLIAMS, sues Defendants, FAST CARGO LOGISTICS, INC. and ALEKSANDR SEMCHUK, and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages that exceeds the sum of Thirty Thousand Dollars ($30,000.00), exclusive of costs, interest, and attorneys' fees. Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet *for jurisdictional purposes only*. The actual value of Plaintiff's claim will be determined by a fair and just jury in light of the evidence.

2. At all times material hereto, Plaintiff, KIMBERLY WILLIAMS, was a resident of Duval County, Florida.

3. At all times material hereto, Defendant, FAST CARGO LOGISTICS, INC. was a New York corporation conducting business in the State of Florida, with its principal place of business located at 17 Putney Place, Rochester, New York 14468.

4. Upon information and belief, at all times material hereto, Defendant,

ALEKSANDR SEMCHUK, was a resident of Rochester, Monroe County, New York.

5. On or about April 12, 2018, Defendant, ALEKSNDR SEMCHUK, operated a 2018 Volvo truck, Vin Number 4V4NC9EH7JN890473, owned and/or maintained by Defendant, FAST CARGO LOGISTICS, INC., while within the course and scope of his employment with Defendant, FAST CARGO LOGISTICS, INC., on I-295 North, near the St. Johns Bluff Road exit, in Jacksonville, Duval County, Florida.

6. At the above-mentioned time and place, Defendant, ALEKSANDR SEMCHUK, operated or maintained the above-described 2018 Volvo truck the with the knowledge, permission, expressed consent, and/or implied consent of Defendant, FAST CARGO LOGISTICS, INC.

7. At the above-mentioned time and place, Defendants, ALEKSANDR SEMCHUK and FAST CARGO LOGISTICS, INC., negligently operated or maintained the above-described 2018 Volvo truck so that it collided with the motor vehicle operated or maintained by Plaintiff, KIMBERLY WILLIAMS.

8. Defendants have availed themselves to the jurisdiction of this Court and venue is proper in Duval County, Florida.

### COUNT I
### NEGLIGENCE CLAIM AGAINST ALEKSANDR SEMCHUK

9. Plaintiff, KIMBERLY WILLIAMS, realleges Paragraphs one (1) through eight (8) as if fully set forth herein.

10. As a direct and proximate result of the above-described collision and negligence of Defendant, ALEKSANDR SEMCHUK, Plaintiff, KIMBERLY WILLIAMS, sustained physical injuries to her body and extremities, resulting in pain and suffering, mental anguish, disability, loss of capacity for the enjoyment of life, scarring, disfigurement, aggravation of a previous existing condition, expenses of medical care and treatment, loss of earnings, inconvenience, and loss of the

ability to earn money in the future. These damages and losses are continuing and permanent in nature. Plaintiff, KIMBERLY WILLIAMS, will continue to suffer from these injuries and losses in the future.

11. This action is not subject to the exemptions contained in Section 627.737, Florida Statutes, as Plaintiff, KIMBERLY WILLIAMS, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, KIMBERLY WILLIAMS, demands judgment for damages plus costs and such other relief as this Court deems appropriate against Defendant, ALEKSANDR SEMCHUK, and demands trial by jury of all issues contained herein.

## COUNT II
## VICARIOUS LIABILITY CLAIM AGAINST FAST CARGO LOGISTICS, INC.

12. Plaintiff, KIMBERLY WILLIAMS, realleges Paragraphs one (1) through eight (8) as if fully set forth herein.

13. As a direct and proximate cause of the negligence of Defendant, ALEKSANDR SEMCHUK, which is imputed upon his employer, Defendant, FAST CARGO LOGISTICS, INC., Plaintiff, KIMBERLY WILLIAMS, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff, KIMBERLY WILLIAMS, will continue to suffer from these injuries and losses in the future.

14. This action is not subject to the tort threshold requirements contained in Section 627.737, Florida Statutes, as Plaintiff, KIMBERLY WILLIAMS, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, KIMBERLY WILLIAMS, demands judgment for damages plus costs and such other relief as this Court deems appropriate against Defendant, FAST CARGO LOGISTICS, INC., and trial by a jury on all issues contained herein.

          **BARNES & COHEN, P.A.**

          */s/ Andrew J. Paladino*
          **ANDREW J. PALADINO, ESQ.**
          Florida Bar No.: 112678
          **GLENN E. COHEN, ESQ.**
          Florida Bar No.: 187695
          2747 Art Museum Drive, Suite 500
          Jacksonville, Florida 32207
          Telephone: (904)396-5181
          Telefax: (904)396-9008
          epleadings@bbcjustice.com
          ***ATTORNEYS FOR PLAINTIFFS***